UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

RODNEY SMITH,

            **Plaintiff,**

   - against -

JAMEL HAIRSTON, CHRISTOPHER HEREDIA,
JOHN DOE, and UNDER COVER NUMBER 39,

           **Defendants.**

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/15

**ORDER FOR INITIAL
PRETRIAL CONFERENCE**

**15-cv-2764 (SAS)**

SHIRA A. SCHEINDLIN, U.S.D.J.:

**This case has been designated an electronic case and has been assigned to me for all purposes.  By the date of the initial pretrial conference counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing.**

Counsel are directed to appear at the United States Courthouse, 500 Pearl Street, New York, Courtroom 15C, on **June 16, 2015** at **4:30** p.m., for an initial pretrial conference. Pursuant to Rule 16, Fed. R. Civ. P., as amended on August 1, 1983, the Court will enter an order at this conference that limits the time: (1) to join other parties and to amend the pleadings; (2) to file and hear motions; (3) to set a discovery schedule including the completion of discovery; (4) to set a trial date and (5) to discuss settlement.  Counsel who attend the conference must be prepared to discuss these issues. Counsel are referred to amended Rule 16 for a list of further matters which may be discussed at that time.

Pursuant to Rule 26(f) the parties shall meet, prior to the date of the conference, to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement and to develop a proposed discovery plan.  The parties should prepare and submit at the conference a proposed scheduling order on the form attached hereto.  **YOU MUST BRING A COMPLETED SCHEDULING ORDER WITH YOU TO THE CONFERENCE!**

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation

of discontinuance, voluntary dismissal, or other proof of
termination is delivered before the date of the conference to the
courtroom deputy clerk to chambers of Judge Scheindlin, Room
1620, U.S. Courthouse, 500 Pearl Street, New York, New York
10007.  If plaintiff(s)' counsel intends to move for a default
judgment, the Court should be advised prior to the initial
pretrial conference date.

**COUNSEL FOR PLAINTIFF(S) ARE DIRECTED TO IMMEDIATELY
NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM
A COPY OF THIS ORDER.**  If issue has not been joined but
plaintiff(s)' counsel is aware of the identity of defendant(s)'
counsel, plaintiff(s)' counsel is directed to mail a copy of this
Order to defendant(s)' counsel forthwith.  If at the time of the
scheduled pretrial conference plaintiff not yet served the
complaint, please advise the Court by letter as to the
reason(s) service has not been made.  If at the time of the
scheduled pretrial conference there has been no answer/appearance
on behalf of defendant(s), please advise the court.  **ALL PARTIES
MUST APPEAR AT THIS CONFERENCE EVEN IF YOU ARE UNAWARE OF THE
IDENTITY OF THE DEFENSE COUNSEL.**

Attorneys are directed to consult the Judge's
Individual Rules with respect to adjournments, motion practice,
communications with chambers and other relevant matters.

If subject matter jurisdiction is founded on diversity
of citizenship under 28 U.S.C. § 1332, then the parties shall
file a joint statement prior to the conference indicating (1) the
place of incorporation and the principal place of business for
each corporate party and (2) the citizenship of each member,
shareholder, partner, and/or trustee of any party that is a
partnership, limited partnership, limited liability company, or
trust.

Counsel are advised that failure to comply with the
terms of this Order may result in dismissal of the action with
prejudice, or the entry of judgment by default.

SO ORDERED:

SHIRA A. SCHEINDLIN

U.S.D.J.

Dated: New York, New York

    May 26, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                         :
                   Plaintiff(s),         :          SCHEDULING ORDER

          - against -                    :              Civ.    (SAS)

                                         :

                   Defendant(s).         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

SHIRA A. SCHEINDLIN, U.S.D.J.:

          WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P.
16(b) [the "Order"]; and

          WHEREAS, the Order requires that the parties jointly prepare and sign a proposed
Scheduling Order containing certain information;

          NOW, THEREFORE, the parties hereby submit the following information as required by the
Order:

(1)    the date of the conference and the appearances for the parties;

(2)    the date by which automatic disclosures will be exchanged;

(3)    a concise statement of the issues as they then appear;

4)    a schedule including:

          (a) the names of persons to be deposed and a schedule of planned depositions;

          (b) a schedule for the production of documents;

          (c) dates by which (i) each expert's reports will be supplied to the adverse side and
              (ii) each expert's deposition will be completed;

          (d) time when discovery is to be completed;

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____   (leave blank)

(5)   a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(6)   a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(7)   anticipated fields of expert testimony, if any;

(8)   anticipated length of trial and whether to court or jury;

(9)   a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(10)   names, addresses, phone numbers and signatures of counsel;

_____          _____
_____          _____
_____          _____
_____          _____

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.