```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RODNEY SMITH,                        :
                Plaintiff,           :    15 Civ. 2764 (SAS)(HBP)
    -against-                        :    STIPULATION AND
JAMEL HAIRSTON, et al.,              :    ORDER OF DISMISSAL
                Defendants.          :
------------------------------------X

It having been reported to this Court that the above entitled action has been settled, it is hereby ORDERED that the above captioned matter be, and the same is, discontinued with prejudice and without costs provided that within one-hundred twenty (120) days of the date of this Order, the action may be reinstated for good cause shown.

Dated: New York, New York
       September 15, 2015

CONSENTED TO:

Darius Wadia, L.L.C.                      New York City Law Department

_____                   _____
By: Darius Wadia, Esq.                    By: Brian C. Francolla, Esq.
Attorney for Plaintiff                    Attorney for Defendants
Rodney Smith                              Jamel Hairston, et al.

Dated: New York, New York
       September      2015

SO ORDERED:

_____
Hon. Shira A. Scheindlin
United States District Judge
9/16/15